IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN KENT,

    Plaintiff,                              No. CIV S-07-2361 MCE EFB PS

    vs.

PLACER COUNTY DISTRICT            ORDER
ATTORNEY, et al.,

    Defendants.
_____/

    On July 23, 2008, this court granted plaintiff leave to proceed in this action on his second amended complaint, as limited by the court's analysis of the complaint's deficiencies. The court ordered that service of process be made by the U.S. Marshal, and directed the Clerk of Court to send plaintiff the necessary forms for completion and return to the U.S. Marshal. Plaintiff was ordered to return the requisite forms within 15 days.

    The U.S. Marshal has no record that the requested documentation was submitted, and the docket fails independently to demonstrate that service of process has been effected.

    Therefore, plaintiff will be ordered to show cause why this action should not be dismissed for failure to comply with this court's July 23, 2008 order. Failure to timely file a response will be deemed a request for voluntary dismissal of this action. The status conference currently scheduled before this court for December 3, 2008, is vacated.

1    For the foregoing reasons, IT IS HEREBY ORDERED that:

2    1.  Plaintiff shall show cause, in writing, within 20 days after the filing date of this order,
3 why this case should not be dismissed for failure to comply and failure to complete service of
4 process are required by Fed. R. Civ. P. 4(m); and

5    2.  The status conference currently scheduled before this court for December 3, 2008, is
6 vacated.

7    IT IS SO ORDERED.

8 DATED:  November 21, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2